```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO


LAMAR GIBSON,                    )    CASE NO. 4:08 CV 2685
                                 )
          Petitioner,            )    JUDGE CHRISTOPHER A. BOYKO
                                 )
     v.                          )
                                 )    JUDGMENT ENTRY
JOSEPH GUNJA,                    )
                                 )
          Respondent.            )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

```
                              S/Christopher A. Boyko
                             CHRISTOPHER A. BOYKO
                             UNITED STATES DISTRICT JUDGE
```

January 7, 2009